SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Electronic mail:    nsmith@sheppardmullin.com
                    dschnapf@sheppardmullin.com
                    nbruno@smrh.com

Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANOMETRICS INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>NOVA MEASURING INSTRUMENTS, LTD., and NOVA MEASURING INSTRUMENTS, INC.,<br><br>Defendants. | Case No. C06-06318 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' ACCEPTANCE OF SERVICE OF COMPLAINT AND EXTENSION OF TIME TO RESPOND THERETO**<br><br>Honorable William H. Alsup<br>United States District Judge<br><br>[CIVIL L.R. 6-2 and 7-12] |

## STIPULATION

WHEREAS, plaintiff NANOMETRICS INCORPORATED ("Nanometrics") filed a complaint entitled NANOMETRICS INCORPORATED v. NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC., Northern District of California (now numbered Case No. C06-06318 WHA) ("Complaint") on or about October 10, 2006;

WHEREAS, counsel for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC. (the "Nova Entities"), Sheppard, Mullin, Richter & Hampton, LLP (the "Nova Entities' Counsel") is willing accept service of the Complaint on behalf of the Nova entities subject to the grant of an extension of time for filing a response to the Complaint;

WHEREAS, Nanometrics is willing to give the Nova Entities an extension of time in which to respond to the Complaint to avoid the need to effect service of process on Nova Measuring Instruments, Ltd., in Israel;

WHEREAS, no previous extensions in which to respond to the Complaint have been requested;

WHEREAS, the requested time modification is not expected to affect the schedule for the case;

NOW, THEREFORE, PURSUANT TO LOCAL RULES 6-2 AND 7-12, IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, THAT the Nova Entities' Counsel accepts service of the Complaint on behalf of the Nova Entities effective October 25, 2006, and the Complaint shall be deemed served on the Nova Entities as of that date, conditioned on the grant of an extension of time to file a response;

IT IS FURTHER STIPULATED THAT the Nova Entities shall have through and including Monday, December 11, 2006, to respond to the Complaint.

W02-WEST:6NB1\400115444.1
Case No. C06-02252 WDB

-2-
STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' ACCEPTANCE OF SERVICE OF COMPLAINT AND EXTENSION OF TIME TO RESPOND THERETO

|   |   |
|---|---|
| 1 | SO STIPULATED. |
| 2 |   |
| 3 |   |
| 4 | Respectfully submitted:<br>DATED: November 2, 2006 |
| 5 |   |
|   | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 6 |   |
| 7 | By    /s/Nathaniel Bruno |
|   | NEIL A. SMITH |
| 8 | DAVID SCHNAPF |
| 9 | NATHANIEL BRUNO |
| 10 | Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC. |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 | Respectfully submitted:<br>DATED: November 2, 2006 |
| 15 |   |
| 16 | BECK, ROSS, BISMONTE, & FINLEY, LLP |
| 17 |   |
| 18 | By    /s/Craig Alan Hansen |
|   | JUSTIN T. BECK |
| 19 | RON C. FINLEY |
|   | ALFREDO A. BISMONTE |
| 20 | JEREMY M. DUGGAN |
| 21 | CRAIG ALAN HANSEN |
| 22 | Attorneys for NANOMETRICS INCORPORATED |

W02-WEST:6NB1\400115444.1  
Case No. C06-02252 WDB

-3-

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' ACCEPTANCE OF SERVICE OF COMPLAINT AND EXTENSION OF TIME TO RESPOND THERETO

**SIGNATURE ATTESTATION**

As the attorney e-filing this document, I hereby attest that opposing counsel (Beck, Ross, Bismonte, & Finley, LLP) has concurred in this filing.

Respectfully submitted:
DATED: November 2, 2006

                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                        By     /s/Nathaniel Bruno
                                 NEIL A. SMITH
                                 DAVID SCHNAPF
                                 NATHANIEL BRUNO

                 Attorneys for NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC.

-4-

W02-WEST:6NB1\400115444.1
Case No. C06-02252 WDB

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' ACCEPTANCE OF SERVICE OF COMPLAINT AND EXTENSION OF TIME TO RESPOND THERETO

# **ORDER**

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

1. IT IS HEREBY ORDERED THAT NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC. are deemed served with the complaint of NANOMETRICS INCORPORATED in Northern District Case No. C06-06318 WHA (the "Complaint") as of October 25, 2006.

2. IT IS FURTHER ORDERED THAT NOVA MEASURING INSTRUMENTS, LTD. and NOVA MEASURING INSTRUMENTS, INC. shall have through and including Monday, December 11, 2006, to respond to the Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __November 6, 2006___      _____
The Honorable William H. Alsup
United States District Judge

-5-

W02-WEST:6NB1\400115444.1
Case No. C06-02252 WDB

STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' ACCEPTANCE OF SERVICE OF COMPLAINT AND EXTENSION OF TIME TO RESPOND THERETO