1  Justin T. Beck, Esq. (Cal. Bar. No. 53138)
   Ron C. Finley, Esq. (Cal. Bar. No. 200549)
2  Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
   Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
3  Craig Alan Hansen, Esq. (Cal. Bar. No. 209622)
   Beck, Ross, Bismonte & Finley, LLP
4  50 West San Fernando Street, Suite 1300
   San Jose, CA 95113
5  Tel: (408) 938-7900
   Fax: (408) 938-0790
6  Email: jbeck@beckross.com
           rfinley@beckross.com
7          abismonte@beckross.com
           jduggan@beckross.com
8          chansen@beckross.com

9  Attorneys for Plaintiff and Counterdefendant
10 Nanometrics Incorporated

11 SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
12 Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
13 DAVID SCHNAPF, Cal. Bar No. 100199
   NATHANIEL BRUNO, Cal. Bar No. 228118
14 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
15 Telephone: 415-434-9100
   Facsimile: 415-434-3947
16 Electronic mail:   nsmith@sheppardmullin.com
                     dschnapf@sheppardmullin.com
17                   nbruno@smrh.com

18 Attorneys for NOVA MEASURING
   INSTRUMENTS, LTD. and NOVA MEASURING
19 INSTRUMENTS, INC.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANOMETRICS INCORPORATED | **Case No. C 06-CV-06318 WHA** |
| Plaintiff, | ~~**PROPOSED**~~ **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |
| NOVA MEASURING INSTRUMENTS LTD., and NOVA MEASURING INSTRUMENTS, INC. | **Date: July 11, 2007** |
| Defendants. | **Time: 1:30 p.m.** |
| | **Place: Courtroom 9, 19th Floor** |
| AND RELATED COUNTERCLAIMS. | **Hon. Willam H. Alsup** |

The parties to the above-entitled action hereby jointly stipulate and request that the Court adopt the following claim construction schedule:

| | |
|---|---|
| Nova's Disclosure of Preliminary Invalidity Contentions | March 14, 2007 |
| Parties Exchange Terms for Construction | March 28, 2007 |
| Parties Exchange Proposed Constructions | April 10, 2007 |
| Joint Claim Construction and Prehearing Statement | May 1, 2007 |
| Close of discovery related to claim Construction | May 15, 2007 |
| Nanometrics' Opening Claim Construction Brief | May 30, 2007 |
| Nova's Opposition Brief | June 13, 2007 |
| Nanometrics' Reply Brief | June 20, 2007 |
| Tutorial Hearing | June 27, 2007 |
| Claim Construction Hearing | July 11, 2007[1] |

---

[1] This hearing is scheduled for the same day as the claim construction hearing in Case No. 06-cv-02252 (N.D. Cal.), currently pending before Judge Armstrong involving the same parties and counsel. Accordingly the parties anticipate requesting that one or the other hearing date be moved.

By his signature below, counsel for Nanometrics hereby attests that counsel for Nova has concurred in this filing.

Beck, Ross, Bismonte & Finley, LLP

Dated : January 30, 2007    By: /s/
                            Jeremy M. Duggan
                            Attorneys for Plaintiff and Counterdefendant
                            Nanometrics Incorporated

Sheppard Mullin Richter & Hampton LLP

Dated : January 30, 2007    By: /s/
                            Nathaniel Bruno
                            Attorneys for Defendants and Counterclaimants
                            Nova Measuring Instruments Ltd., and Nova
                            Measuring Instruments, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: January 31, 2007

_____
The Honorable Willam H. Alsup
United States District Court Judge

-3- PROPOSED ORDER
Case No. C 06-CV-06318 WHA