1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   MAURICIO A. FLORES, Cal. Bar No. 93304
3  NEIL A. SMITH, Cal. Bar No. 63777
   NATHANIEL BRUNO, Cal. Bar No. 228118
4
   Four Embarcadero Center, 17th Floor
5  San Francisco, California 94111-4106
   Telephone:  415-434-9100
6  Facsimile:  415-434-3947
   Electronic mail:    mflores@sheppardmullin.com
7                     nbruno@sheppardmullin.com

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | NANOMETRICS INCORPORATED, | Case No. C06-06318 WHA |
|---|---|
12 | Plaintiff, | **ORDER** |
13 | v. | |
14 | NOVA MEASURING INSTRUMENTS LTD. and NOVA MEASURING INSTRUMENTS, INC., | Honorable William H. Alsup |
15 | | |
16 | Defendants. | |
17 | | |
18 | AND RELATED COUNTERCLAIM | |

1  Pursuant to the stipulation of the parties, all claims and counterclaims in the
2  above-captioned matter are dismissed without prejudice, each party to bear its own costs.
3
4  IT IS SO ORDERED.
5  Dated: April 12, 2007

By _____
Honorable Judge William H. Alsup

-1-

W02-WEST:6MAF1\400268377.1
Case No. :C06-06318 WHA

ORDER